IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

RECEIVED AND FILED
CLERK'S OFFICE USDC PR

2023 JAN 27 PM4:45

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JOSE ORLANDO BUITRAGO-RODRIGUEZ,<br>AKA "Tito el Borracho" or "Tito" or "El<br>Borracho,"<br>Defendant, | **INDICTMENT**<br><br>Criminal No. 23 - 037 (PAD)<br><br>Violations:<br>21 U.S.C. §§ 952, 959(a), 960, 963<br>18 U.S.C. § 2<br><br>Forfeiture:<br>21 U.S.C. §§ 853, 970<br>(Three Counts) |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### International Conspiracy to Distribute Cocaine
21 U.S.C. §§ 959(a), 960, 963

Beginning on an unknown date, no later than in or about 2005, and continuing until in or about December 2019, from places outside of the United States, including Colombia, Venezuela, the Dominican Republic, and elsewhere,

**JOSE ORLANDO BUITRAGO-RODRIGUEZ, AKA "Tito el Borracho" or "Tito" or "El Borracho,"**

the defendant herein, did knowingly and intentionally combine, conspire, confederate and agree with diverse persons known and unknown to the Grand Jury, to commit an offense against the United States, that is, to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, intending, knowing, and having reasonable cause to believe, that such substance would be unlawfully imported into the United States. All in violation of 21 U.S.C. §§ 959(a), 960 and 963.

## COUNT TWO
**Importation of Cocaine**
21 U.S.C. §§ 952(a), 960 and 18 U.S.C. § 2

In or about December 2018, from places outside of the United States, including Colombia, and elsewhere,

**JOSE ORLANDO BUITRAGO-RODRIGUEZ, AKA "Tito el Borracho" or "Tito" or "El Borracho,"**

the defendant herein, aided and abetted by other persons known and unknown to the Grand Jury, knowingly and intentionally committed an offense against the United States, that is, to knowingly and intentionally import into the United States five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance. All in violation of 21 U.S.C. §§ 952(a), 960 and 18 U.S.C. § 2.

## COUNT THREE
**Attempted Importation of Cocaine**
21 U.S.C. §§ 952(a), 960, 963, and 18 U.S.C. § 2

On or about October 30, 2019, from places outside of the United States, including Colombia, and elsewhere,

**JOSE ORLANDO BUITRAGO-RODRIGUEZ, AKA "Tito el Borracho" or "Tito" or "El Borracho,"**

the defendant herein, aided and abetted by other persons known and unknown to the Grand Jury, attempted to knowingly and intentionally commit an offense against the United States, that is, to knowingly and intentionally import into the United States five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance. All in violation of 21 U.S.C. §§ 952(a), 960, 963, and 18 U.S.C. § 2.

## NARCOTICS FORFEITURE ALLEGATION

1. The allegations contained in Counts One, Two, and Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. §§ 853, 970.

2. Pursuant to 21 U.S.C. §§ 853, 970, upon conviction of any of the offenses alleged in Counts One, Two, or Three of this indictment, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses. This property shall include, but is not limited to:

   a.    The following real estate properties in Colombia:

| Oficina | Matricula | Direccion | Vinculado a |
|---------|-----------|-----------|-------------|
| 260 | 70287 | AVENIDA 2. #0A-52 BARRIO AEROPUERTO | Documento |
| 50N | 20852779 | KR 80 172A 95 GJ 11 (DIRECCION CATASTRAL) | Documento |
| 236 | 55498 | LOTE RURAL #TRES | Documento |
| 260 | 70286 | AVENIDA 1 Y AVENIDA 2 #0A-45 BARRIO AEROPUERTO | Documento |
| 260 | 231064 | LOTE # 1 AVENIDA 1 Y 2 CALLE 0A #1-08 BARRIO AEROPUERTO | Documento |
| 260 | 146360 | AVENIDA 1. #0A-36 BARRIO EL SALADO | Documento |
| 260 | 145646 | AVENIDA 1. #0A-45 BARRIO AEROPUERTO | Documento |
| 260 | 258004 | CORREGIMIENTO EL SALADO HACE PARTE DEL PREDIO LA ARENOSA LOTE | Documento |
| 236 | 55496 | LOTE RURAL #UNO | Documento |
| 470 | 70300 | FINCA SAN NICOLAS 3 | Documento |
| 260 | 145130 | AVENIDA 2 0A 36 #SEGUN CATASTRO | Documento |
| 236 | 55499 | LOTE RURAL #CUATRO | Documento |
| 260 | 139351 | SIN DIRECCION HACE PARTE DE LA FINCA "EL TOTUMITO" | Documento |
| 260 | 146359 | SIN DIRECCION HACE PARTE DE LA HACIENDA EL TOTUMITO | Documento |
| 50N | 20852775 | KR 80 172A 95 CA 4 (DIRECCION CATASTRAL) | Documento |

3

b.      The following vehicles:

   i.   License plate: GBR503 – Make/Model: BMW X5 - Year 2020

   ii.  License plate: JLT898 – Make/Model: Toyota Land Cruiser - Year 2019

   iii. License plate: JNW525- Make/Model: BMW M340i - Year 2021

   iv.  License plate: MI0054 – Make/Model: Toyota Prado - Year 2012

   v.   License plate: MNI560 – Make/Model: Toyota Samurai - Year 2006

3.  If any of the property described above, as a result of any act or omission of the defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without difficulty,

(space intentionally left blank)

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).


TRUE BILL

W. STEPHEN MULDROW
United States Attorney

FOREPERSON

Max J. Perez-Bouret
Assistant United States Attorney, Chief
Transnational Organized Crime Section

Date: 27/1/23

María L. Montañez
Assistant United States Attorney, Deputy Chief
Transnational Organized Crime Section

Antonio L. Perez-Alonso
Assistant United States Attorney
Transnational Organized Crime Section

5